*Original*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CV 04 4857

*Velma Craig*

_____

_____

### COMPLAINT

NAME OF PLAINTIFF(S)

*City of New York*
*Police Department*
*School Safety Division*

NAME OF DEFENDANT(S)

RECEIVED

NOV 3 2004

PRO SE OFFICE

TOWNES, J.

BLOOM, M.J.

This action is brought for discrimination in employment pursuant to (check only those that apply):

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aformentioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

507 Eastern Parkway
Street Address

Kings , Bklyn, 11216 , (718) 604 2112
County      State        Zip Code     Telephone Number

2. Defendant(s) resides at, or its business is located at:

110 Livingston Street (Personnel) Div. School Safety
Street Address

_____ , Bklyn , NY , 11201
County      City        State      Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

110 Livingston Street (Division School Safety)
Street Address

_____ , Bklyn, NY , 11201
County      City        State      Zip Code

-2-

4.    The discriminatory conduct of which I complain in this action includes
      (check only those that apply).

_____    Failure to hire.

_____    Termination of my employment.

_____    Failure to promote.

_____    Failure to accommodate my disability.

✓     Unequal terms and conditions of my employment.

✓     Retaliation

✓     Other acts (specify): Defamation of Character
      Harrassment - Withholding Pay & Union check.

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity
Commission can be considered by the federal district court.*

5.    It is my best recollection that the alleged discriminatory acts occurred on:
      12/23/03 - February 9, 2004 -
      Date(s) March 1, 2004   April 9, 2004
      April 16, 2004 .

6.    I believe that the defendant(s) (check one)

      ✓ is still committing these acts against me.

      _____ is not still committing these acts against me.

7.    Defendant(s) discriminated against me based on my:
      (check only those that apply and state the basis for discrimination, for example,
      what is your religion, if religious discrimination is alleged)

[ ]    race _____    [ ]    color _____

[ ]    gender/sex _____    [✓]    religion _____

[ ]    national origin _____

[ ]    age _____    My date of birth is: 6/21/61
                                            Date

[ ]    disability _____

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity
Commission can be considered by the federal district court.*

-3-

8.   The facts of my case are as follows:

I have received repeated Acts of retailiation Based Upon my religious conviction Re: The Dept. New ID card, Which I refused because OF its possible Spiritual Significance. Suspended for 7 weeks without pay-Received a check For $177.66 After working 3 weeks, when I questioned this I was told your name was not put in the computer. Received Constant Notifications After restored to duty when I questioned this A supervisor informed me "They want to make sure you don't end up suing them." Also the school safety manager who spreaded rumors about me, Stated he knows I'm not

(Attach additional sheets as necessary)

Crazy But they can't believe Someone s belief is that Strong." (see Attached).

**Note:**   As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.

9.   It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: _____.
Date

10.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: __7\04__.
Date

Note EEOC Stated they would inform Human rights.

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct (check one),

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission (check one):

_____ has not issued a Right to Sue letter.

✓ has issued a Right to Sue letter, which I
received on _Approximately Aug 8, 2004_ .
Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, costs, and attorney's fees.

_Yulna Brang_
PLAINTIFF'S SIGNATURE

Dated: _November 3, 2004_

_567 Eastern Parkway_
Address
_Brooklyn, NY 11216_
_(718) 604 8112_
Phone Number
_Job (212) 645 3300 Ext 3111_

-5-

EEOC Form 151 (3/98)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Velma Craig
260 New York Avenue
Brooklyn, NY 11216

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 160-2004-02777 | Patrick A. Sanford,<br>Investigator | (212) 336-3677 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Spencer H. Lewis, JR,
Director

AUG 0 5 2004

(Date Mailed)

Enclosure(s)

cc:
NEW YORK POLICE DEPARTMENT
School Safety
Personnel Director
110 Livingston Street
Brooklyn, NY 11201

*Synopsis*

Re: Velma Craig

This statement and attached affidavit lists the sequence of occurrences
Relative to this plea for justice. I believe this case will be handled
Seriously and professionally. Please note the affidavit is a synopsis
to what actually occurred. I have filed a claim with the Equal
Employment Opportunity (See attached Letter from EEOC.)

This begin with the new ID card issued by the NYC Police Dept.
Which I have refused, due to my sincere spiritual convictions as
a Christian. I do believe I have a right to hold to my religious
belief without experiencing unreasonable opposition, which is
on the contrary what I have experienced from the Police Dept.

1. Employment Discrimination Re: Religion – For holding to
   Religious belief – As a minister of the gospel was labeled
   Unjustly.

2. Unjust co-operated Suspension – Suspended for 7 weeks
   without pay when suspension is suppose to be 30 days.

3. Repeated Acts of retailiation – One of which is after 3 weeks
   of restored duty was given a check for $177.66, when I
   questioned this, "I was told your name was not put in the
   computer.

4. Harrassment – constant notifications to go here, go there.
   One of which was from a young lady, at the office I formerly
   Worked stated "Ms. Craig fax the paper, their waiting" I
   Asked who is waiting she stated arrogantly everybody."
   (note: I was no longer working with this office, yet some of
   these people were present in the borough office during my
   suspension.)

   Also when I asked a supervisor why was I receiving these
   Notices she answered " They want to make sure you don't
   End up suing them." This person also stated the first day
   Of my duty back on job. "I don't know what I would do
   If I were in your shoes."

5.  Witholding pay and promised union check with prejudice –
    A.  After papers were submitted to dept. by me stating 1
    was a victim of employment discrimination. Person who
    was scheduled to meet with me to give me the Union check,
    which was said to be more than $3,000. On the day of our
    meeting I phoned and was told this person was on their way
    to florida on a business trip. I received no call or letter from
    that day in April until now.

    B.  Re: Pay when I called to question this I was given a
    Telephone runaround, which ended with the following state-
    Ment "One person has your check and they won't tell you
    Who."
    I am filing this lawsuit  For 7.7 million dollars claiming my
    legal right for justice as an American Citizen who was violated
    greatly under Article 1  Re: The Human Rights law and the
    First Amendment of the Constitution of the United States of
    America.

    I have suffered greatly as a result of this entire ordeal the
    Loss of employment for 6 months – I was provoked to
    Leave my desired profession – to work with children and
    Resign on the grounds of undeserved hardship.

    Causing Immeasurable damages, pain and suffering to my-
    self and My 14 year old son.

    The landlord made a decision to evict Me from my home
    during the suspension.

    Financial setback making it extremely challenging to catch
    Up financially, setbacks with shelter, food and clothing.
    Resulting in personal loans from family members which
    Caused additional pain and suffering to my personal and
    Professional reputation.

Synopsis

## AFFIDAVIT

I, _Velma Craig_ , My Title was School Safety Agent

Level 1. On December 23, 2003 I was suspended by Mr. Thomas Mezzatesta,

School Safety Manager after five years of service without pay. This ordeal

began regarding the new I.D. Card which I refused to accept based on my

personal religious conviction. As a result I was asked to go for evaluation which

I also refused. (See attached A)

I was assigned to P.S. 235. My duties were Sole Safety Agent for three

months (14 exits and approximately eleven hundred students). I interacted with

students and staff. Visitors were asked to sign in and present photo

identification. I worked for five years within the school system. All of my

evaluations were satisfactory. On several occasions by staff and supervisors I

was informed I was doing a good job. I was also asked to consider a promotion.

On February 9, 2004, I was restored to duty in an office environment, however,

this was not what I applied for as my chosen profession. I was not informed of

any further disciplinary action. This hostile environment which was created for

me was extremely challenging. All of the workers were strangers to me yet they

seemed to have heard of this ordeal. It became clear to me by whispers, snickers,

laughter, unusual introduction, gestures, etc. This hostile environment

in time became extremely annoying. Shortly thereafter I began to

receive notifications report here, report there. **FILE COPY**

I probably received more notifications in my seven weeks of restored duty than my five years in the schools, which I choose to work with children. On March 1, 2004, I received a telephone call from an irrate worker probably a school safety agent Level 1, who worked at my former Borough office, Brooklyn South Command where Mr. Mezzatesta was manager. She stated "Ms, Craig sign the paper and fax it back, they are waiting". I asked "who is waiting? " she replied "everybody". (see attached B)

This statement allowed me to see how rumors circulated on my behalf and I was reminded of a statement made by the Union Rep. "they're trying to say you're crazy".

After working for three weeks, I received a pay check for the amount of $177.66. which turned out to be a check which was withheld from me for two days of work in December, before my suspension. (see attached Pay Check) When I inquired of this amount I was told "Your name was not put in the computer" by Payroll Unit Supervisor at 110 Livingston Street, Brooklyn, N.Y. therefore, I had to wait until the next pay date which made a total of 12 weeks without pay. Once again I realize how vast this ordeal had become unfortunately at my expense.

Approximately three weeks after I was restored to duty Mr. Mezzetesta, who was transferred from the Brooklyn South Office to 110 Livingston Street, while he was smoking a cigarette, we spoke briefly outside during my lunch break

FILE COPY

He stated "I wish you had gone for the evaluation" I answered " Sir, you know there's nothing wrong with me" He replied, "I know we just can't believe somebody's belief is that strong".

Nevertheless the notifications continued. I was then asked to meet with Investigations Unit, Mr. Telfer approximately February 26, 2004. Mr. Telfer stated "I just want to see your log book for December 23, 2003". He then asked me to wait in the hallway, where two other ladies were seated. He stated he was waiting for the Union Rep. When the Union Rep. arrived Mr. Gordon, a new Union Rep. not Ms. Cannon who was transferred shortly after writing a letter on my behalf (See Attached C)

Mr. Gordon went inside to see Mr. Telfer, he returned a few minutes later and he pointed to lady no. 1 and asked "what is your name"? she told him, he then pointed to lady No.2, and asked the same question, she told him, he then pointed to me and said "and you" I answered Velma Craig. He then said, "ok you, we'll start with you". We sat approximately 7-8 feet away from the ladies. Mr. Gordon began to make statements concerning the suspension. He asked about Mr. Mezzetesta, and to see log book for December 23, 2003. He then stated he would like for me to talk and have everything recorded on a tape recorder. I noticed he was holding a piece of paper, I asked to see the paper, it said I have a right to contact legal counsel.

**FILE COPY**

Under the circumstances I chose this option. Nevertheless, he tried to convince me to go through with the meeting, I refused. Mr. Gordan then stated "I will not let you say anything that will hurt you" I stated I would not talk on a tape recorder under the circumstances without referring to the letter I wrote. Mr. Gordon stated "you're just going to hurt yourself and add more stress to yourself."

I was told by Mr. Telfer I have (30) days to seek legal counsel. I spoke with a lawyer who was very helpful in counsel. When I shared the details regarding the suspension, discrimination, harrasment and the obvious retaliation I was experiencing, "he suggested not to speak on a tape recorder or attend any meetings where notes are taken unless a lawyer is present".

Approximately three weeks later a notification came via speaker phone by one of the supervisors, it stated "tell Ms. Craig she is wanted in the Investigations Unit now!" The supervisor asked did I hear it? I answered yes and also others heard. When I arrived at the Investigations Unit minutes later, Mr. Telfer asked "if I had a lawyer?" I replied "I am seeking". This meeting was brief. On March 29, 2004, Ms. Cannon was now present, the former Union Rep. as I I arrived for another schedule date via notification to the investigation unit. Once again the subject was the tape recorder, I once again refused the meeting. Mr. Telfer stated "you have one week to get a lawyer or we are going to have the meeting with or without a lawywer or you will be suspended". This statement cut deeply.

I began to realize how wrong and unjust I was being treated and how I was being used as a gopher to build a wall of defense at my expense. This now was taking a toll financially, emotionally, physically and personally. I asked for the rest of the week off, it was granted.

Mr. Sanford mediation as you suggested, is not an option, neither do I want my job back. I am pursuing justice, I have been unlawfully mistreated, my rights has been violated under ARTICLE 7 OF THE CIVIL RIGHTS ACT OF 1964 and the Constitution of the United States of America in accordance with the FIRST AMENDMENT.

I am pursuing justice, the principle, pain, and suffering in this ordeal which is immeasurable. There has been wanton, willful injury done personally and professional to my reputation, which I must add was a good report. This is what Detective Marciano stated " I spoke to some people about you and a lot of people have a lot of respect for you and had nice things to say about you" during our meeting with Rev. Cook. (During another notification)

On April 5, 2004, I resigned effective immediately on the grounds of undeserved hardship. I decided enough is enough. (see Resignation Letter)

This ordeal has caused extreme professional, financial, personal and once again emotional pain and suffering. Seven weeks without pay as a result of a unjust suspension.

FILE COPY

I have not receive my last pay check, and a union check which I was
promised on April 7, 2004, via telephone by Ms. Cannon. She stated the check
had "was more than the last statement I received". (see attached (D).

On April 9, 2004, I submitted exit interview questionnaire (see attached E)
The union check I was told by Ms. Cannon, I am entitled to receive. We made
arrangements to meet on April 16, 2004. I phoned her office to tell her I am on
my way. I was told by a woman Ms. Cannon was on her way to Florida on a
business trip.

Regarding the last pay check I received a total telephone run around. Payroll
at 110 Livingston Street in Brooklyn stated my pay was at 1 Police Plaza. When
I phoned 1 Police Plaza Payroll Unit, they said my check is at 110 Livingston
Street.

On May 4, 2004, I spoke to Ms. Ake in payroll at 110 Livington Street,
regarding my last pay check which was questionable, due to a payroll error.
I asked her who has my check? she said "it is at 1 Police Plaza", I replied they
told me it was at 110 Livingston St. and she said "that's because one person has
it and they won't tell you who".

- 7 -

## IN MY CONCLUSION:

This has been a tremendous setback and a nightmare in my life. Nonetheless, restoration I know will come but restoration does not always come quickly. I am trying hard to move on with my life and God's will, purpose and plan for me with a smile yet the pain is still very present, the wound still very new. Sir, try to put yourselves in my shoes...what else shall I do? but seek justice in this massive mess.

I am trying to secure employment which has not been possible yet. I am living by faith in Jesus Christ knowing there are brighter days ahead, nevertheless, justice is not only a last resort but is the only resort.

Thank you for your time, consideration, and prompt response concerning this matter.

STATE OF *New York*

COUNTY OF *Kings*


## INDIVIDUAL AFFIRMATION


I, _____*Velma Craig*_____, hereby depose and state that I have

**fully answered and stated in the enclosed statements the material required and**

**in question to the best of my knowledge and ability under the penalty of perjury.**


_____

Velma Craig

Respondent


Sworn to before me this *14th*

day of _____*July*_____ *2004*.

_____

Notary Public

GERRY TERRY
Notary Public, State of New York
No. 01TE4856073
Qualified in Queens County
Commission Expires March 24, *2006*

**FILE COPY**

**NOTIFICATION**
PD 406-122 (Rev. 11-01)-Pent

| RANK | NAME | SHIELD | SQUAD |
|---|---|---|---|
| Sgt | Velma Craig | 1430 | |

APPEAR AT _____ HOURS, ON THE __Mar 3, 2004__ YOU ARE HEREBY NOTIFIED TO __IN THE FOLLOWING PLACE__ Police Plaza

| | | |
|---|---|---|
| ☐ % | CRIMINAL COURT PART | ☐ % GRAND JURY |
| ☐ % | ADMIN ADJ. BUREAU | ☐ % CIVILIAN COMPLAINT REVIEW BOARD |
| ☐ % | PARK VTD BUREAU | ☑ % Sgt. Cysla Hall (d S.R. Chaline Hall (d OTHER |
| ☐ OUTDOOR RANGE | ☐ INDOOR RANGE | ☐ POLICE ACADEMY ☐ AREA HQTS. |

LOCATED AT: 1 Police Plaza

NOTIFIED BY: Staff Analyst Marcino 1300 3/1/04 from 1000 10th

WILL THIS NOTIFICATION RESULT IN THE OFFICER PERFORMING ANY OVERTIME   ☐ NO   ☐ YES

☐ RDD   ☐ CHANGE OF TOUR   ☐ EXTRA DAY   ☐ EXTRA-OTHER, EXPLAIN

Call back # (718) 935-3033

ORIGINAL - M.O.S.           COPY - M.O.S. SIGN AND RETURN TO ROLL CALL

* Sign _____ Date #



Paycheck

The City of New York

CHASE MANHATTAN BANK
DELAWARE
1201 MARKET STREET
WILMINGTON, DE 19801

NOT VALID UNLESS PRESENTED WITHIN 180 DAYS

PAY TO THE ORDER OF

ONE HUNDRED SEVENTY-SEVEN DOLLARS 66 CENTS

PAYROLL NUMBER    254   1

REFERENCE NUMBER    0193060

VELMA      C    CRAIG

THIS CHECK HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING

CHECK DATE
JAN 16, 2004

80-28
311    6152-09

ITEM NUMBER
065171

CHECK NUMBER
B 13434957

PAYMENT AMOUNT
DOLLARS    CENTS

$ *********177.66

COMMISSIONER OF FINANCE

CHECK LETTER
B



*FYI*



# CITY EMPLOYEES UNION LOCAL 237

AFFILIATED WITH THE

INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

AFL-CIO

216 WEST 14th STREET    NEW YORK, N.Y. 10011-7296
January 30, 2004              212-924-2000



CARROLL E. HAYNES
President

RICHARD HENDERSHOT
Vice President

NICHOLAS MANCUSO
Secretary-Treasurer

EUNICE RODRIGUEZ
Recording Secretary

PATRICIA STRYKER
EVARISTO PABON, JR.
GREGORY FLOYD
Trustees

Mr. George Grasso
First Deputy Commissioner
Department of Advocate Office, RM 1412
NYC Police Department
1 Police Plaza
New York, NY 10038

Dear Commissioner Grasso:

I.B.T Local 237 is writing on behalf of Ms Velma Craig, School Safety
Agent, Social Security No. 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 who was suspended on
Tuesday, December 23, 2003 by Mr. Thomas Mezzatesta, Associate
School Safety Manager because of her religious belief. We are
requesting for SSA Craig to be restored back to duty.

According to SSA Craig there is a problem with her accepting her new
identification card. If you would read her statement hopefully, you
will understand why she cannot accept her new ID card.

SSA Craig was called down to the Department of the Advocate's Office
to pick up her charges and specification but she was unable to be
restored back to duty because of her strong religious belief and
ministry. We are requesting an accommodation regarding the new
identification, but Ms. Craig had no problem with the old one. If you
do investigate, you will find that SSA Craig is a very good Agent with
a clean record.

Please see an attached statement and documents as it relates to the
above member.

I can be reached at the above telephone number at Ext. 559.

Thank you in advance for your assistance and cooperation.

Sincerely,

Felecia Cannon
Business Agent



# TEAMSTERS LOCAL 237
## ADDITIONAL SECURITY BENEFIT FUND
216 WEST 14th STREET    NEW YORK, N.Y. 10011
212-924-7220



STATEMENT OF ACCOUNT

Board of Trustees

**CARROLL HAYNES**
Chairman

**NICHOLAS MANCUSO**
**RICHARD HENDERSHOT**
**JOEL SOSINSKY**
**GREGORY FLOYD**

**PAUL E. JUERGENSEN**
Director

**MARK S. WINTNER, ESQ.**
Counsel

VELMA CRAIG
260 NEW YORK AVE 3.1
BROOKLYN   NY   11216

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 CC

<u>DEPT</u> 5056
<u>TITLE</u> 77777

| | |
|---|---|
| OPENING BAL  1/01/2003 | 1,906.66 |
| TOTAL CONTRIBUTIONS | 678.00 |
| GAIN/LOSS | 375.96 |
| TOTAL PAYMENTS | .00 |
| ENDING BAL 12/31/2003 | 2,960.62 |

IF YOU HAVE ANY QUESTIONS, PLEASE REFER TO YOUR SUMMARY PLAN DESCRIPTION

April 5, 2004

NYPD School Safety Division
110 Livingston Street
Brooklyn, NY 11201
Attn: Robert Reid

This notice is hereby deemed necessary to declare my resignation from the
NYPD; on the grounds of underserved hardship effective immediately this
5th day of April 2004.

Sincerely
Velma Craig

*Note* O *This* *Submitted* *April 9, 2004*



## SCHOOL SAFETY AGENT EXIT INTERVIEW QUESTIONAIRE

Last Name: Craig              First Name: Velma

Tax#: 334642    School / SSD Borough Assignment:

Why are you resigning as a School Safety Agent? (If for other employment please give comparative details of wage, benefits, etc.) Undeserved Hardship. Re: Religious Issue.

What employment factors (salary, job hours, location, etc.) were most influential in your decision to resign?
Constant Notifications
Threat of Suspension
Defamatory Statements

What non-monetary incentives might have swayed you from your decision to resign? (Eg: work location transfer, work hour flexibility, type of work, etc.)
Ability to Work with Children
Constant Notifications ceased.

Please list any work advantages and/or disadvantages you encountered during your service as a School Safety Agent?
Great Advantage in working with Children and the public.

What recommendations would you make to enhance or improve our School Safety Agent retention efforts?
Only God knows.

Would you recommend the School Safety Agent position to a friend or family member? (If you would or would not please explain why.)
No Comment.

UNITED STATES DISTRICT COURT
For the Eastern District of New York

-------------------------------------------------------------X

In the Matter of the Application

              PLAINTIFF        NOTICE OF MOTION

              VELMA CRAIG

for an order pursuant to Section 3102
CLPR to examine said Defendants in an
action about to be commenced by
Velma Craig

              DEFENDANTS      NOTICE OF MOTION

              CITY OF NEW YORK

-------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF KINGS ss:

VELMA CRAIG, being duly sworn, deposes and says:
That I reside in the Borough of Brooklyn, County of
Kings, State of New York.

That I am the Plaintiff in the above claim and is seeking judgment against
said defendants.

That the statements are true concerning the above defendants to the best
of my knowledge under the penalty of perjury.

_____
              Velma Craig

Sworn to before me this _30th_

day of _October_ , 2 _004_

_____
Notary Public

GERRY TERRY
Notary Public, State of New York
No. 01TE4858272
Certified in Queens County
Commission Expires March 24, 2006

ORIGINAL