Velma Craig            Plaintiff

                                        Order 04CV4857


NYC Police Dept.        Defendants         April 4, 2005
School Safety Division


Dear Judge Bloom:

   I hope this letter finds you blessed and well. As a result of the Defendants unjust answer to the court. Which I regret to add has Caused additional pain and suffering. It has been deemed necessary To request a 60 day extension, hereby postponing the conference scheduled for Wednesday April 6, 2005 at 2:00 P.M.


   May the Lord God Bless you is my prayer.


                        Thank you for your time
                        And consideration,

                        *[signature]*
                        Velma Craig

Cc: Isaac Klepfish

STATE OF NEW YORK  } SS
COUNTY OF KINGS    }

On the 4 day of APRIL 2005, before me personally came VELMA CRAIG to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that SHE executed the same as

*[signature]*
DEBORAH CREMONA
NOTARY PUBLIC, State of New York
No. 01CR5052396
Qualified in Kings County
Commission Expires 11/20/05

*[RECEIVED APR 0 4 2005 PRO SE OFFICE stamp]*